NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3132

MARIE C. MAPLES,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT844E080694-I-1.

ON MOTION

Before NEWMAN, Circuit Judge.

## O R D E R

Marie C. Maples moves to supplement the record to include various documents not before the Merit Systems Protection Board. Maples also moves for an extension of time, until May 28, 2009, to pay the court's docketing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to supplement the record is deferred for consideration by the merits panel that is assigned to hear the case.

(2)    A copy of this order and the motions papers regarding the motion to supplement the record shall be transmitted to the merits panel assigned to hear this case.

(3)  The motion for an extension of time to pay the docketing fee is granted.

No further extensions should be anticipated.

FOR THE COURT

MAY 2 9 2009

_/s/ Jan Horbaly_
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

JAN HORBALY
CLERK

Date

cc:  Marie C. Maples
     David M. Hibey, Esq.

s19

2009-3132                          2